**Lawrence HRABLOOK, Plaintiff–Respondent,**

v.

**NEC AMERICA, INC., Defendant–Appellant.**

**No. 58937.**

Missouri Court of Appeals, Eastern District, Division Five.

May 21, 1991.

Douglas M. Greenwald, McAnany, Van Cleave & Phillips, P.A., Kansas City, for defendant-appellant.

James G. Krispin, Mohme, Liebert & Taylor, Clayton, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant-employer, NEC America, Inc., appeals from the judgment of the trial court, in a court-tried case which awarded plaintiff-employee, Lawrence D. Hrablook, damages plus prejudgment interest for breach of a severance agreement.

We have reviewed the record and find that there was substantial evidence to support the judgment of the trial court; no error of law appears. *See Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).